FILED
CLERK, U.S. DISTRICT COURT
6/25/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_MMC\_\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2024 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>RAUL MARTIN RUELAZ,<br><br>　　　　　Defendant. | CR No. 2:24-CR-00388-MWF<br><br>I N D I C T M E N T<br><br>[18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The Grand Jury charges:

[18 U.S.C. § 922(g)(1)]

On or about May 21, 2024, in Los Angeles County, within the Central District of California, defendant RAUL MARTIN RUELAZ knowingly possessed a firearm, namely, an Astra, model NC-6, .38 Special caliber revolver, bearing serial number R430260, and ammunition, namely, six rounds of Poongsan Metals Corporation .38 Special caliber ammunition, each in and affecting interstate and foreign commerce.

Defendant RUELAZ possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the

following felony crimes, each punishable by a term of imprisonment exceeding one year:

    1. Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11377(a), in the Superior Court for the State of California, County of Riverside, Case Number RIF1205220, on or about November 28, 2012;

    2. Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11377(a), in the Superior Court for the State of California, County of Riverside, Case Number RIF1301557, on or about May 16, 2013;

    3. Possession for Sale of a Controlled Substance, in violation of California Health and Safety Code Section 11351, in the Superior Court for the State of California, County of San Diego, Case Number SCS296718, on or about June 11, 2018;

    4. Import Controlled Substances, in violation of California Health and Safety Code Section 11352(a), in the Superior Court for the State of California, County of San Diego, Case Number SCS296718, on or about June 11, 2018; and

    5. Felon in Possession of Ammunition, in violation of California Penal Code Section 30305(a), in the Superior Court for the State of California, County of Riverside, Case Number RIF1802888, on or about September 5, 2018.

FORFEITURE ALLEGATION

[18 U.S.C. § 924(d)(1); 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title and interest in any firearm or ammunition involved in or used in such offense; and

(b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

//
//
//

3

1  substantially diminished in value; or (e) has been commingled with
2  other property that cannot be divided without difficulty.
3
4                                          A TRUE BILL
5
6                                          _____
7                                          Foreperson
8  E. MARTIN ESTRADA
   United States Attorney
9
   MACK E. JENKINS
10 Assistant United States Attorney
   Chief, Criminal Division
11
12 [signature]
13 SCOTT M. GARRINGER
   Assistant United States Attorney
14 Deputy Chief, Criminal Division
15 IAN V. YANNIELLO
   Assistant United States Attorney
16 Chief, General Crimes Section
17 BENEDETTO L. BALDING
   Assistant United States Attorney
18 Deputy Chief, General Crimes
   Section
19
   ALEXANDRA MICHAEL
20 Assistant United States Attorney
   General Crimes Section
21
22
23
24
25
26
27
28